Jeffrey Willis, Esq.
Nevada Bar No. 4797
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
nkanute@swlaw.com
*Attorneys for Plaintiff Wells Fargo Financial Nevada 2, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO FINANCIAL NEVADA 2, INC., | Case No. 3:17-cv-00289-MMD-VPC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| THUNDER PROPERTIES INC., a Nevada corporation; SIERRA VIEW ESTATES UNIT ONE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; and GAYLE A. KERN, LTD., a Nevada professional corporation, d/b/a Kern & Associates, Ltd.; | |
| Defendants. | |

Plaintiffs Wells Fargo Financial Nevada 2, Inc. ("Plaintiff") and Defendants Thunder Properties Inc. ("Thunder") and Sierra View Estates Unit One Homeowners' Association (the "HOA," collectively with Plaintiff and Thunder, the "Parties"), who all have answered or appeared in this action, by and through their respective undersigned counsel of record, hereby stipulate and agree, as follows:

///

///

///

///

4838-2095-9600

Pursuant to Fed. R. Civ. P. 41, the Parties agree that this matter may be dismissed as against Thunder with prejudice and against the HOA without prejudice, with each party to bear its own fees and costs. The Parties further stipulate and agree that this matter may be closed since the only other named party, Gayle A. Kern, LTD., was previously dismissed without prejudice.

Dated this 27th day of November, 2018.

| SNELL & WILMER L.L.P.<br><br>By: /s/Nathan G. Kanute<br>John S. Delikanakis (NV Bar No. 5928)<br>Nathan G. Kanute (NV Bar No. 12413)<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501-1961<br><br>*Attorneys for Plaintiff* | ROGER P. CROTEAU & ASSOCIATES, LTD.<br><br>By: /s/ Timothy E. Rhoda (with permission)<br>Roger P. Croteau (NV Bar No. 4958)<br>Timothy E. Rhoda (NV Bar No. 7878)<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br><br>*Attorney for Thunder Properties Inc.* |
|---|---|
| ROBBINS LAW FIRM<br><br>By:/s/ Elizabeth B. Lowell (with permission)<br>James W. Pengilly, Esq.<br>Nevada Bar No. 6085<br>Elizabeth B. Lowell, Esq.<br>Nevada Bar No. 8551<br>1995 Village Center Cir., Suite 190<br>Las Vegas, Nevada 89134<br>*Attorneys for Sierra View Estates Unit One Homeowners' Association* | |

**IT IS SO ORDERED**

Date: November 28, 2018.

_____
DISTRICT COURT JUDGE

4838-2095-9600

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: November 27, 2018

*/s/Holly Longe*
Holly Longe, Employee of Snell & Wilmer L.L.P.

4838-2095-9600